UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:06-CR-00394 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Ann Aldrich |
| | ) | |
| JOSEPH SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | <u>ORDER</u> |
| | ) | |
| | ) | |

The court hereby modifies its March 6, 2007 order with respect to the deadlines set for the questionnaire to be mailed to potential jurors. The Government and the defendants shall still submit proposed questions for the questionnaire to the court by June 18, 2007, in WordPerfect format. The court shall provide to the parties a draft of the questionnaire by June 25, 2007. Written objections to the court's proposed questionnaire may be made, but must be filed by June 29, 2007. If the court determines that a hearing on those objections is necessary, the court shall schedule a hearing prior to the final questionnaire's mailing to potential jurors on July 9, 2007. Potential jurors' responses would remain due by July 20, 2007. As previously ordered, once those responses have been received, the court shall schedule a conference to review those responses, and to set a deadline for proposed voir dire questions to be asked by the court when impaneling the jury.

IT IS SO ORDERED.

    /s/ Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: May 30, 2007**